Filed Oct. 27, 1886.

———————————◆———————————

No. 12,771.

BENSON v. BALDWIN ET AL.

BILL OF EXCEPTIONS.—*Order Granting Time to File After Term Must Appear in Record.*—The order granting time to file a bill of exceptions after the term must be made during the term, and it must appear in the order-book.   It is not sufficient that it appears as a recital in the bill of exceptions.

From the Harrison Circuit Court.

McKee *et al. v.* Gould *et al.*

*B. P. Douglass* and *S. M. Stockslager*, for appellant.
*W. N. Tracewell* and *R. J. Tracewell*, for appellees.

ELLIOTT, J.—It is necessary to a decision of the questions discussed by the appellant, that the evidence should appear in the record, for, without the evidence, they are not properly presented. The appellee's counsel stoutly insist that the evidence is not in the record, for the reason that the bill of exceptions was filed after the term, and it does not appear, except in the bill itself, that leave was given to file the bill after the close of the term. The position assumed by appellee's counsel is correct. It is quite well settled that the order granting time to file a bill after term must be made during term, and that it must appear in the order book. It is not sufficient that it appears as a recital in the bill of exceptions.

. Judgment affirmed.

Filed Oct. 27, 1886.